UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NICHOLAUS MILEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ASTAREAL INC.,<br><br>　　　　Defendant. | NO. 2:16-CV-00415-JLQ<br><br>ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

　　On October 12, 2017, the parties filed a Joint Stipulation of Dismissal with Prejudice (ECF No. 29) seeking to dismiss all claims with prejudice. "[T]he plaintiff may dismiss an action without a court order by filing ... a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii). Unless stated otherwise in the stipulation of dismissal, dismissal under Fed.R.Civ.P. 41(a)(1)(A) is without prejudice. Fed.R.Civ.P. 41(a)(1)(B). The Joint Stipulation is signed by Plaintiff and by counsel for Defendant. Accordingly, Plaintiff may voluntarily dismiss this matter.

**IT IS HEREBY ORDERED**:

　　The Clerk is directed to enter Judgment dismissing the Complaint (ECF No. 1) and the claims therein **WITH PREJUDICE** and without costs or attorneys' fees to any party.

　　**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, and furnish copies to counsel and Mr. Miley, and close this file.

　　Dated October 16, 2017.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1