# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Nicholaus Miley<br>*Plaintiff*<br>v.<br>AstaReal Inc<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:16-cv-00415-JLQ<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Joint Stipulation of Dismissal With Prejudice, ECF No. 29.
Complaint, ECF No. 1, and claims therein dismissed WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush  on
Joint Stipulation of Dismissal With Prejudice, ECF No. 29. Complaint, ECF No. 1, dismissed WITH PREJUDICE.

Date:  10/16/17

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler